IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| ASHLEY TAYLOR, Individually and as Natural Mother and Guardian to T.D.M. and T.I.M., Minors, | * * * * | |
| Plaintiff, | * | |
| vs. | * * * | No. 4:14-cv-00597-SWW |
| JEREMY ELLIOT; JNJ EXPRESS, INC.; JNJ LOGISTICS, L.L.C.; FLEET EQUIPMENT, L.L.C.; FLEET EQUIPMENT LEASING LLC; FLEET EQUIPMENT TRANSPORTATION, LLC; and JOHN DOES 1-5. | * * * * * * * | |
| Defendants. | * | |

## ORDER

The motion [doc.#48] of plaintiff to voluntarily dismiss without prejudice separate defendants Fleet Equipment, L.L.C., and Fleet Equipment Transportation, LLC, is hereby granted.

IT IS SO ORDERED this 7th day of December 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE