IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ASHLEY TAYLOR, Individually and as
Natural Mother and Guardian to T.D.M.
and T.I.M., Minors,

        Plaintiff,

vs.          No. 4:14-cv-00597-SWW

JEREMY ELLIOTT; JNJ EXPRESS, INC.;
JNJ LOGISTICS, L.L.C.; FLEET
EQUIPMENT LEASING, LLC; and
JOHN DOES 1-5,

        Defendants.

## ORDER

Pursuant to the stipulation of dismissal [doc.#116], this action is hereby dismissed with prejudice.

IT IS SO ORDERED this 29th day of June 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE